GERALD F. JACOBSON et al., respondents,

*v.*

THE FIRST NATIONAL BANK OF BLOOMINGDALE et al., appellants.

[Decided January 9th, 1942.]

*Mr. Francis D. Plumb,* for the respondents.

*Mr. J. Chester Massinger,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported at *129 N. J. Eq. 440.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.